IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESSLEY BERNARD ALSTON,

    Plaintiff,

v.                                            CASE NO.: 1:10cv107-SPM/AK

FRANK JOHN TASSONE, JR.,

    Defendant.

_____/

**ORDER DENYING MOTION TO DISCONTINUE PAYMENTS FOR FILING FEE**

       This cause comes before the Court on Plaintiff's December 3, 2010, letter to the Clerk of Court, which has been construed as a motion to discontinue payments toward the filing fee. Plaintiff is required to pay the full amount of the filing fee in accordance with Title 28, United States Code, Section 1915(b). The fact that Plaintiff's case was dismissed before the defendant was served with process does not relieve Plaintiff of his obligation to pay the filing fee. See Trupei v. United States, 304 Fed. App'x 776, 779-80 (11th Cir. 2008). Accordingly, it is

       ORDERED AND ADJUDGED: Plaintiff's motion (doc. 12) is denied.

       DONE AND ORDERED this 15th day of December, 2010.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Chief United States District Judge