IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESSLEY BERNARD ALSTON,

    Plaintiff,

v.                                  CASE NO.: 1:10cv107-SPM/AK

FRANK JOHN TASSONE, JR.,

    Defendant.
_____/

## ORDER DENYING MOTION "FOR A BACKWARDATION"

This cause comes before the Court on Plaintiff's motion, received by the clerk on April 30, 2012, asking for a "backwardation." Plaintiff's motion is difficult to understand but it appears that he is requesting again that he not be required to pay the filing fee for this case. Plaintiff is required to pay the full amount of the filing fee in accordance with Title 28, United States Code, Section 1915(b). The fact that Plaintiff's case was dismissed before the defendant was served with process does not relieve Plaintiff of his obligation to pay the filing fee. See Trupei v. United States, 304 Fed. App'x 776, 779-80 (11th Cir. 2008). Accordingly, it is

    ORDERED AND ADJUDGED: Plaintiff's motion (doc. 20) is denied.

    DONE AND ORDERED this 1st day of May, 2012.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Senior United States District Judge